JOSEPH H. HERBST v. DANIEL P. RITCHEY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WILLIAM BEACH LAWRENCE v. LEE GWYNN LAWRENCE, Individually and as Sole Surviving Trustee, etc. ROBERT J. MENZIE and Another, as Administrators, etc. MABEL GWYNN LAWRENCE and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

MORRIS MINSKY v. SNUDEL HYMAN.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

FRANCIS L. BURNS and Another, as Executor and Executrix, etc., of MICHAEL F. BURNS, Deceased, v. BURNS BROTHERS.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

HELEN KAYSER, as Administratrix, etc., of CARL KAYSER, Deceased, v. 150 EAST 52ND STREET, INC., and Another, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for stay granted upon defendant 150 East 52nd Street, Inc., filing the undertaking required by section 593 of the Civil Practice Act. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HELEN KAYSER, as Administratrix, etc., of CARL KAYSER, Deceased, v. 150 EAST 52ND STREET, INC., and Another, Impleaded, etc.— Motion for leave to appeal or for a reargument denied, with ten dollars costs. Motion for stay granted upon defendant George Colon & Co., Inc., filing the undertaking required by section 593 of the Civil Practice Act. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of GERSETA CORPORATION v. THE SILK ASSOCIATION OF AMERICA.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

BRONX COUNTY TRUST COMPANY and Another, as Administrators, etc., of Estate of ELLEN CAMPBELL, Deceased, v. FRANCES H. O'CONNOR, Also Known as FRANCES H. FLANAGAN, MADELON R. O'CONNOR, Impleaded, etc.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SAMUEL J. BLOOMINGDALE and Others v. CRESCENT KNITTING CORPORATION and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SAMUEL SCHWARTZ v. BENJAMIN SILVER.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

EUGATNOM REALTY & CONSTRUCTION COMPANY v. ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LTD.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

GEORGE P. LANGFORD v. LEVI A. FESSENDEN and Another.— Motion granted. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

EMILIA J. STOLTE v. BURROWS-NEELY & COMPANY and Others. In the Matter of the Application of EMILIA J. STOLTE — WILLIAM P. LANGEVIN.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.